UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| NEUROREPAIR, INC. | ) | Civil No. 09CV0986 JAH (WMC) |
| Plaintiff, | ) | |
| v. | ) | **ORDER RESCHEDULING HEARING DATE** |
| THE NATH LAW GROUP, *et al* | ) | |
| Defendants. | ) | |

On the court's own motion, the hearing on the parties' respective cross motions for summary judgment set for April 18, 2011 is rescheduled to **May 23, 2011 at 2:30 p.m.** After the hearing, the Court will hold a status conference to schedule the pre-trial conference and trial dates.

IT IS SO ORDERED.

DATED: April 15, 2011

JOHN A. HOUSTON
United States District Judge